No. 285. PIKE ET AL. *v.* WALKER, POSTMASTER GENERAL, ET AL. October 15, 1941. Order denying certiorari, *post,* p. 625, withheld on motion of *Mr. Horace J. Donnelly, Jr.* for petitioners.

No. 354. MORTON, TRUSTEE, ET AL. *v.* DARDANELLE SPECIAL SCHOOL DISTRICT No. 15. October 16, 1941. Order denying certiorari, *post,* p. 655, withheld on motion of counsel for the petitioners.

No. —, original. LOUISIANA *v.* CUMMINS ET AL. October 20, 1941. *Per Curiam:* Leave to file the complaint is denied for want of jurisdiction, it appearing that one of the named parties defendant is a citizen of Louisiana. *California* v. *Southern Pacific Co.,* 157 U. S. 229, 256–262; *Minnesota* v. *Northern Securities Co.,* 184 U. S. 199, 238; *New Mexico* v. *Lane,* 243 U. S. 52, 58; *Texas* v. *Interstate Commerce Commission,* 258 U. S. 158, 163. The rule to show cause is discharged. *Messrs. Eugene Stanley,* Attorney General of Louisiana, and *James J. Morrison* for plaintiff. *Messrs. Roger Siddall* and *Eberhard P. Deutsch* for Claude Cummins et al., and *Mr. Bon Geaslin* for Abraham L. Shushan, defendants.

No. 626. APONAUG MANUFACTURING Co. *v.* STONE, CHAIRMAN STATE TAX COMM'N, ET AL. October 20, 1941. *Per Curiam:* The judgment is affirmed. *American Mfg. Co.* v. *St. Louis,* 250 U. S. 459; *Department of Treasury* v. *Ingram-Richardson Mfg. Co.,* 313 U. S. 252. *Mr. Ben F. Cameron* for appellant.